I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-5-14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

DEC - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEAN PAUL BRADLEY,

   Plaintiff,

vs.

CHP OFFICER D. PETERSON,

   Defendant.

Case No.  EDCV 14-0868-JLS (RNB)

**JUDGMENT**

   Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed for failure to prosecute.

DATED: 12.02.14

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE